■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FRIDMAN, Appellant.—Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on April 9, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER SPELLER, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on December 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.